1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

12
13
14
15
16
17
18
19
20

| | |
|---|---|
| CRAIG ROWELL, an individual; ALAINA AIKIN, an individual; SANJAY GARG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LABCORP CENTRAL LABORATORY SERVICES LIMITED PARTNERSHIP, a limited partnership; and DOES 1 through 100,<br><br>Defendants. | Case No. 3:24-cv-04195-TSH<br><br>**[PROPOSED] JOINT MOTION TO CONTINUE THE TRIAL DATE AND CORRESPONDING DEADLINES** |

21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

1

[PROPOSED] ORDER RE JOINT MOTION TO CONTINUE TRIAL AND CORRESPONDING DEADLINES

IT IS HEREBY ORDERED THAT, pursuant to the joint motion, and good cause being found, the Plaintiffs Craig Rowell, Alaina Aikin, Sanjay Garg, and Defendant Labcorp Central Laboratory Services Limited Partnership's Joint Motion to Continue the Trial Date and Corresponding Deadlines as follows:

1. The Close of Fact Discovery in this matter shall be continued from August 15, 2025, to December 10, 2025.

2. The Disclosure of Expert Witnesses in this matter shall be continued from August 18, 2025, to December 17, 2025.

3. The Disclosure of Rebuttal Expert Witnesses in this matter shall be continued from September 8, 2025, to January 8, 2026.

4. The Close of Expert Discovery in this matter shall be continued from September 29, 2025, to January 29, 2026.

5. The Deadline to File Dispositive Motions in this matter shall be continued from September 29, 2025, to January 29, 2026.

6. The Hearing on Dispositive Motions in this matter shall be continued from November 6, 2025, to March 5, 2026.

7. The Exchange of Pretrial Disclosures in this matter shall be continued from November 12, 2025, to March 11, 2026.

8. The Deadline to File Pretrial Documents in this matter shall be continued from November 26, 2025, to March 25, 2026.

9. The Deadline to File Oppositions to Motions in Limine in this matter shall be continued from December 4, 2025, to April 5, 2026.

10. The Pretrial Conference in this matter shall be continued from December 18, 2025, to April 16, 2026 or _____, 2026.

11. The Final Pretrial Conference in this matter shall be continued from January 15, 2026, to May 14, 2026 or _____, 2026.

//

2

[PROPOSED] ORDER RE JOINT MOTION TO CONTINUE TRIAL AND CORRESPONDING DEADLINES

12. The Jury Trial in this matter (duration to be determined) shall be continued from January 26, 2026, to May 25, 2026 or _____, 2026.

**IT IS SO ORDERED.**

DATED:_____                              _____
                                                 HON. THOMAS S. HIXSON
                                                 United States Magistrate Judge

**PROOF OF SERVICE**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is K&L GATES LLP, 10100 Santa Monica Boulevard, Eighth Floor, Los Angeles, California 90067.

On **August 13, 2025**, I served the document(s) described as:

**[PROPOSED] JOINT MOTION TO CONTINUE THE TRIAL DATE AND CORRESPONDING DEADLINES**

on the interested parties in this action by delivering a true copy thereof addressed as follows:

Alan F. Cohen  
LAW OFFICES OF ALAN F. COHEN  
100 Pine Street, Suite 1250  
San Francisco, CA 94111  
Telephone: (415) 984-1943  
Facsimile: (415) 984-1953  
Email: alan@alancohenlaw.com

*Attorneys for Plaintiffs Craig Rowell, Alaina Aikin, Sanjay Garg*

☒ **BY ELECTRONIC SERVICE**: Pursuant to agreement by all parties, I served the described document(s) by emailing to it each of the aforementioned electronic mail addresses and the transmission was reported as complete and without error. My email address is jonathan.randolph@klgates.com.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **August 13, 2025**, at Los Angeles, California.

_____  
Jonathan Randolph