FERRY E. LOPEZ (SBN 274080)
ferry.lopez@klgates.com
RAEF COGAN (SBN 317060)
Raef.Cogan@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, CA  90067
Telephone:   (310) 552-5000
Facsimile:    (310) 552-5001

Attorneys for Defendant,
Labcorp Central Laboratory Services Limited Partnership

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG ROWELL, an individual; ALAINA AIKIN, an individual; SANJAY GARG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LABCORP CENTRAL LABORATORY SERVICES LIMITED PARTNERSHIP, a limited partnership; and DOES 1 through 100,<br><br>Defendants. | Case No. 3:24-cv-04195-TSH<br><br>**ORDER \*AS MODIFIED BY THE COURT\* GRANTING JOINT MOTION TO CONTINUE THE TRIAL DATE AND CORRESPONDING DEADLINES**<br><br><br>Complaint Filed:  6/10/2024<br>Date of Removal:  7/10/2024<br>Trial Date:          6/1/2026 |

1
[PROPOSED] ORDER

CASE NO. 3:24-CV-04195-TSH

1604150108.2

IT IS HEREBY ORDERED THAT, pursuant to the joint motion, and good cause being found, the Plaintiffs Craig Rowell, Alaina Aikin, Sanjay Garg, and Defendant Labcorp Central Laboratory Services Limited Partnership's Joint Motion to Continue the Trial Date and Corresponding Deadlines as follows:

| SUMMARY OF CASE MANAGEMENT DEADLINES | | |
|---|---|---|
| | Current Date | **New Date** |
| Close of Fact Discovery | 12/10/2025 | **2/10/2026** |
| Disclosure of Expert Witnesses | 12/17/2025 | **2/17/2026** |
| Disclosure of Rebuttal Expert Witnesses | 1/8/2026 | **3/9/2026** |
| Close of Expert Discovery | 1/29/2026 | **3/30/2026** |
| Deadline to File Dispositive Motions | 1/29/2026 | ~~3/30/2026~~ 4/2/2026 |
| Hearing on Dispositive Motions | 3/5/2026 | ~~5/4/2026~~ 5/7/2026 |
| Exchange of Pretrial Disclosures | 3/11/2026 | ~~5/11/2026~~ 7/8/2026 |
| Deadline to File Pretrial Documents | 3/25/2026 | ~~5/22/2026~~ 7/23/2026 |
| Deadline to File Oppositions to Motions in Limine | 4/5/2026 | ~~6/5/2026~~ 7/30/2026 |
| Pretrial Conference | 4/16/2026 | ~~6/18/2026~~ 8/13/2026 |
| Final Pretrial Conference. | 5/14/2026 | ~~7/2/2026~~ 9/10/2026 |
| Jury Trial (Duration to be determined) | 6/1/2026 | ~~7/13/2026~~ 9/21/2026 |

**IT IS SO ORDERED.**

DATED: November 21, 2025

HON. THOMAS S. HIXSON
United States Magistrate Judge