ALAN F. COHEN (State Bar No. 194075)
alan@alancohenlaw.com
LAW OFFICES OF ALAN F. COHEN
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone:      (415) 984-1943
Facsimile:      (415) 984-1953

Attorneys for Plaintiffs,
Craig Rowell, Alaina Aikin, Sanjay Garg

FERRY E. LOPEZ (SBN 274080)
ferry.lopez@klgates.com
RAEF COGAN (SBN 317060)
Raef.Cogan@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard., 8th Floor
Los Angeles, CA  90067
Telephone:    (310) 552-5000
Facsimile:    (310) 552-5001

Attorneys for Defendant,
Labcorp Central Laboratory Services Limited
Partnership

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG ROWELL, an individual; ALAINA AIKIN, an individual; SANJAY GARG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LABCORP CENTRAL LABORATORY SERVICES LIMITED PARTNERSHIP, a limited partnership; and DOES 1 through 100,<br><br>Defendants. | Case No. 3:24-cv-04195-TSH<br><br>~~[PROPOSED]~~ **ORDER GRANTING JOINT MOTION TO BRIEFLY CONTINUE THE TRIAL DATE AND CORRESPONDING DEADLINES**<br><br><br>Complaint Filed:        6/10/2024<br>Date of Removal:        7/10/2024<br>Current Trial Date:     9/21/2026 |

IT IS HEREBY ORDERED THAT, pursuant to the joint motion, and good cause being found, the Plaintiffs Craig Rowell, Alaina Aikin, Sanjay Garg, and Defendant Labcorp Central Laboratory Services Limited Partnership's Joint Motion to Continue the Trial Date and Corresponding Deadlines as follows:

~~[PROPOSED]~~ ORDER JOINT MOTION TO CONTINUE TRIAL DATE

| SUMMARY OF CASE MANAGEMENT DEADLINES | | |
|---|---|---|
| | Current Date | **Proposed New Date** |
| Close of Fact Discovery | 2/10/2026 | **3/24/2026** |
| Disclosure of Expert Witnesses | 2/17/2026 | **3/31/2026** |
| Disclosure of Rebuttal Expert Witnesses | 3/9/2026 | **4/20/2026** |
| Close of Expert Discovery | 3/30/2026 | **5/11/2026** |
| Deadline to File Dispositive Motions | 4/2/2026 | **5/14/2026** |
| Hearing on Dispositive Motions | 5/7/2026 | **6/18/2026** |
| Exchange of Pretrial Disclosures | 7/8/2026 | **8/19/2026** |
| Deadline to File Pretrial Documents | 7/23/2026 | **9/3/2026** |
| Deadline to File Oppositions to Motions in Limine | 7/30/2026 | **9/10/2026** |
| Pretrial Conference | 8/13/2026 | **9/24/2026** |
| Final Pretrial Conference. | 9/10/2026 | **10/15/2026** |
| Jury Trial (Duration to be determined) | 9/21/2026 | **10/26/2026** |

IT IS SO ORDERED.


Dated: March 12, 2026

_____
HON. THOMAS S. HIXSON
United States Magistrate Judge

[PROPOSED] ORDER JOINT MOTION TO CONTINUE TRIAL DATE