UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Rowell; Aikin; Garg                ,

Plaintiff(s),

v.

Labcorp Central Laboratory Se   ,

Defendant(s).

Case No. 3:24-cv-04195-TSH

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE ; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Douglas D. Janicik , an active member in good standing of the bar of Arizona , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Labcorp Central Laboratory Serv. in the above-entitled action. My local co-counsel in this case is Jemuel S. Gascon , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 339241 .

2398 E. Camelback Rd. #850, Phx, Az 85016
MY ADDRESS OF RECORD

601 S. Figueroa St. Suite 2500, LA, Ca, 90017
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

602-508-3900
MY TELEPHONE # OF RECORD

213-623-9300
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

doug.janicik@dentons.com
MY EMAIL ADDRESS OF RECORD

jemuel.gascon@dentons.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 021522 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 6, 2026                    Douglas D. Janicik
                                        APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Douglas D. Janicik          is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 6, 2026

_____
UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021                    2