**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRAIG ROWELL, an individual; ALAINA AIKIN, an individual; SANJAY GARG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LABCORP CENTRAL LABORATORY SERVICES LIMITED PARTNERSHIP, a limited partnership; and DOES 1 through 100,<br><br>Defendants. | Case No. 3:24-cv-04195-TSH<br><br>**ORDER GRANTING STIPULATION RE EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT**<br><br>**Hearing:** Sept. 17, 2026<br>**Time:** 10 a.m.<br>**Courtroom:** E, 15th Floor<br><br>**Current Deadline:** 9/3/26<br>**New Deadline:** 9/6/26<br><br>Complaint Filed: 6/10/2024<br>Date of Removal: 7/10/2024<br>Discovery Closed: 8/10/2026<br>Trial Date: 1/25/2027 |

Good cause appearing from the Stipulation and Declaration of Douglas Janicik filed herewith, and no party having opposed the request,

IT IS HEREBY ORDERED that Defendant LabCorp Central Laboratory Services Limited Partnership's deadline to file its Reply in Support of its Motion for Summary Judgment or in the Alternative Partial Summary Judgment is extended from September 3, 2026 to **September 8, 2026.**

IT IS FURTHER ORDERED that the hearing on Defendant's Motion for Summary Judgment or in the Alternative Partial Summary Judgment shall remain set for September 17, 2026 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: September 1, 2026_

HON. THOMAS S. HIXSON
United States Magistrate Judge